UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF VIRGINIA
RICHMOND DIVISION

IN RE:     Rhonda L. Hines                    Case No.  **08-31411-DOT**
           Debtor(s)                          Chapter 13

APPLICATION FOR SUPPLEMENTAL COMPENSATION
OF ATTORNEY FOR DEBTOR(S)

Richard Oulton, Attorney for the Debtor(s) (the "Attorney"), applies for approval and payment of supplemental compensation as attorney for the Debtor(s) in the amount of $250.

1. The Attorney has provided services to the Debtor(s) in connection with the following:

   **DEFENSE OF MOTION FOR RELIEF FROM AUTOMATIC STAY (CONTESTED HEARING)** filed on **7/29/2009** for which the Attorney requests compensation for service in the amount of $250.

2. Fees in the amount of $3,000.00 having been previously been paid by the Debtor(s) or approved for payment through the Debtor(s) Chapter 13 plan.

3. The Attorney is the sole provider of legal services to the Debtor(s).

4. The requested fee can be paid without reducing the dividend on unsecured claims promised in the Debtor(s) confirmed Chapter 13 plan.

5. The requested fee is determined from the schedule of fees and costs approved by the Court in Standing Order No. 08-1.

Respectfully submitted,

/s/ Richard J. Oulton
Richard J. Oulton (VSB#29640)
Attorney for Debtor
The Debt Law Group, PLLC
2800 N. Parham Rd, Ste 100
Henrico, VA 23294
(804)308-0051/Fax: (804)308-0053

Certificate of Service

I certify that on **1/4/2011**, I transmitted a true copy of the foregoing application electronically through the Court's CM/ECF system or by mail to the Debtor(s), Chapter 13 Trustee, the United States trustee if other than by the electronic means provided for at Local Bankruptcy Rule 2002-1(d)(3), and to all creditors and parties in interest on the mailing matrix maintained by the clerk of court, a copy of which is attached.

/s/ Richard J. Oulton
Richard J. Oulton

UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF VIRGINIA
RICHMOND DIVISION

IN RE:      Rhonda L. Hines                                    Case No.    **08-31411-DOT**
            Debtor(s)                                          Chapter 13

NOTICE OF MOTION

Counsel for the Debtor(s) has filed an Application for Supplemental Compensation (the "Motion") in the amount of $**250** for defense of a motion for relief from the automatic stay in a contested hearing. The supplemental compensation will not reduce the payment to unsecured creditors under the Debtor(s) confirmed Chapter 13 plan.

**Your rights may be affected.** **You should read these papers carefully and discuss them with your attorney, if you have one in this bankruptcy case. (If you do not have an attorney, you may wish to consult one.)**

If you do not want the court to grant the relief sought in the Motion, or if you want the court to consider your view on the Motion, then on or before 14 days from the date of this motion you or your attorney must:

> File with the court, at the address shown below, a written request for a hearing [or a written response pursuant to Local Bankruptcy Rule 9013-1(H)]. If you mail your request for hearing (or response) to the court for filing, you must mail it early enough so the court will **receive** it on or before the date stated above.

> Clerk of Court
> United States Bankruptcy Court
> 701 E. Broad Street
> Richmond, VA 23219

You must also mail a copy to:            Richard J. Oulton, Esq.
                                         The Debt Law Group, PLLC
                                         2800 N. Parham Rd, Ste 100
                                         Henrico, VA 23294
                                         Attorney for the Debtor(s)

:      Chapter 13 Trustee:    Robert E. Hyman, P.O. Box 1780, Richmond, VA 23219-1780

> Attend a hearing which will be scheduled at a later date. You will receive separate notice of hearing. **If no timely response has been filed opposing the relief requested, the court may grant the relief without holding a hearing.**

If you or your attorney do not take these steps, the court may decide that you do not oppose the relief sought in the motion and may enter an order granting that relief.

1/4/2011                                                       /s/ Richard J. Oulton

        Richard J. Oulton (VSB#29640)
        Attorney for Debtor
        The Debt Law Group, PLLC
        2800 N. Parham Rd, Ste 100
        Henrico, VA 23294
        (804)308-0051/Fax: (804)308-0053

CERTIFICATE OF SERVICE

     The undersigned hereby certifies that I have on **January 4, 2011,** mailed a true copy of the foregoing Notice of Motion to the parties listed on the attached service list.

        /s/ Richard Oulton
        Richard J. Oulton

**Service list:**

**Robert E. Hyman**
**P.O. Box 1780**
**Richmond, VA 23219-1780**

**NAME AND ADDRESSES OF CREDITORS**

Advance America Cash Advance
2014 Boulevard
Colonial Heights, VA 23834

Advanced Orthopedic Centers
PO Box 843239
Boston, MA 02284

Afni, Inc.
Attn: DP Recovery Support
Po Box 3427
Bloomington, IL 61702

Allied Interstate
15 Hazel wood Drive Suite 102
Amherst, NY 14228

Anesthesia Healthcare Partners
Dept. 1041
PO Box 740209
Atlanta, GA 30374

Bbt Rcvry
4251 Fayetteville
Lumberton, NC 28358

Boyajian Law Offices
201 Route 17 North, 5th Floor
Rutherford, NJ 07070

Budget Rent a Car System
Vehicle Damage Claims
PO Box 403962
Atlanta, GA 30384

C&P Auto Sales
4407 Jefferson Davis Hwy
Richmond, VA 23234

Cash Express
606 W. City Point Rd.
Hopewell, VA 23860

```
Cbe Group
Attention: Bankruptcy
Po Box 900
Waterloo, IA 50704


Check 'n Go
330 Georgetown Square
Suite 104
Wood Dale, IL 60191


Collection
Po Box 9134
Needham, MA 02494


Credit Collection Services
Two Wells Ave, Dept 9134
Newton Center, MA 02459


Equidata
Attn: Bankruptcy
Po Box 6610
Newport News, VA 23606


Express Check Advantage
2012 Boulevard
Colonial Heights, VA 23834


Fast Auto Loans
3319 Oaklawn Blvd.
Hopewell, VA 23860


Hsbc/Taxpayer Financial Service
90 Christiana Road
New Castle, DE 19720


IC System
444 Highway 96 East
PO Box 64437
Saint Paul, MN 55164


Innovative Debt Recovery
PO Box 10675
Phoenix, AZ 85064
```

Jolas & Associates, LLP
202 1st Street NW
PO Box 4000
Mason City, IA 50401


Medicorp
PO Box 3783
Richmond, VA 23235


Midland Credit Mgmt
8875 Aero Dr   Ste 200
San Diego, CA 92123


Omnium Worldwide
7121 Mercy Rd
Omaha, NE 68106


Park Dansan Collections
Attn: Collection Verification Dept
Po Box 248
Gastonia, NC 28053


Peoples Advantage
12902 Old Stage Rd.
Chester, VA 23836


Quick Cash
400 S 15th Ave.
Hopewell, VA 23860


Sharon N. Homer & Associates
8401 Patterson Ave., Suite 202
Richmond, VA 23229


Solomon & Solomon
5 Columbia Circle
Albany, NY 12203


Stony Point surgery Center
8700 Stony Point Pkwy
Richmond, VA 23235


Triad Financial Corp
5201 Rufe Snow Dr  Ste 400
North Richland Hills, TX 76180

```
USI Energy
PO Box 1527
Norcross, GA 30091


Verizon Virginia Inc
Po Box 165018
Columbus, OH 43216


Ware Langhorne & Associates
PO Box 11768
Richmond, VA 23230
```